WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
BY: Joshua Bachrach, Esquire
joshua.bachrach@wilsonelser.com
BY: Heather J. Austin, Esquire
heather.austin@wilsonelser.com
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106
215.627.6900/215.627.2665(f)

Attorneys for Defendant, Reliance
Standard Life Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sylvia Rodriguez,<br><br>                Plaintiff,<br><br>v.<br><br>Reliance Standard Life Insurance Company,<br><br>                Defendant. | Civil Action<br><br>No.:2:12-cv-4810-DMC-JAD<br><br>NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

TO:    Stephen R. Bosin, Esquire
         70 Grand Avenue, Suite 200
         River Edge, NJ 07661

PLEASE TAKE NOTICE that on June 17, 2013, Defendant, Reliance Standard Life Insurance Company, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, shall move before the United States District Court for the District of New Jersey for summary judgment in favor of Reliance Standard.

PLEASE TAKE FURTHER NOTICE that in support of said Motion, Reliance Standard shall rely on its supporting Statement of Undisputed Facts and Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that oral argument is requested in the event that this Motion is opposed.

798573.1

A proposed form of Order is submitted for the Court's convenience.

                                  WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

BY: *s/Heather J. Austin*
      Joshua Bachrach, Esquire
      joshua.bachrach@wilsonelser.com
      Heather J. Austin, Esquire
      heather.austin@wilsonelser.com
      Independence Square West
      The Curtis Center, Suite 1130 East
      Philadelphia, PA 19106
      215.627.6900/215.627.2665(f)

      Attorneys for Defendant, Reliance
      Standard Life Insurance Company

Date: May 24, 2013

798573.1